Steven M. Post, Esq.
Donna Marie Werner, Esq.
Aime Dempsey, Esq.
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500
*Attorneys for Plaintiff Travelex Canada Ltd*

**RECEIVED NOV 02 2007 U.S.D.C. S.D.N.Y. CASHIERS**

**JUDGE DANIELS**

**'07 CIV 9747**

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
TRAVELEX CANADA LIMITED,

          Plaintiff,

- against -

LEIGHANNA MORBEY and
AFEX-ASSOCIATED FOREIGN EXCHANGE, INC.

          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**STATEMENT OF CORPORATE PLAINTIFF PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Travelex Canada Limited, by their attorneys, Epstein Becker & Green, P.C., hereby discloses that Travelex Canada Limited is a wholly owned subsidiary of Travelex Limited, a privately held UK company.

Dated: New York, New York
       November 2, 2007

EPSTEIN BECKER & GREEN, P.C.

By: /s/ Donna Marie Werner

Steven M. Post, Esq.
Donna Marie Werner, Esq.
Aime Dempsey, Esq.

250 Park Avenue
New York, NY 10177
(212) 351-4500

*Attorneys for Plaintiff Travelex Canada Ltd.*

NY:2211968v1