AO 440 (Rev. 8/01) Summons in a Civil Action

ORIGINAL

# United States District Court

## SOUTHERN DISTRICT OF NEW YORK

### SUMMONS IN A CIVIL ACTION

TRAVELEX CANADA LIMITED

    Plaintiff,

        v.

LEIGHANNA MORBEY, and
AFEX-ASSOCIATED FOREIGN EXCHANGE, INC.

    Defendants.

CASE NUMBER: 07- CV

'07 CIV 9747

JUDGE DANIELS

**TO:**   Leighanna Morbey
AFEX-Associated Foreign Exchange, Inc.
575 Lexington Ave.
New York, New York

AFEX-Associated Foreign Exchange, Inc.
575 Lexington Ave.
New York, New York

    YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFFS' ATTORNEY (name and address)

EPSTEIN BECKER & GREEN, P.C.
250 Park Avenue
New York, New York 10177
Attn: Donna Marie Werner, Esq.

an answer to the Complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

NOV. 0 2 2007

DATE

NY:2212463v1

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE | |
| NAME OF SERVER **(PRINT)** | TITLE | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.  Place where served:_____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____

_____

_____

☐ Other (specify):_____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

        I  declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                          Date                                      Signature of Server

                                                        _____
                                                        Address of Server

1.  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Owen G. Wallace, Esq.
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York  10177
(212) 351-4500
owallace@ebglaw.com
*Attorneys for Plaintiff Travelex Canada Ltd*

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TRAVELEX CANADA LIMITED,

                            Plaintiff,

                - against -

LEIGHANNA MORBEY and
AFEX-ASSOCIATED FOREIGN EXCHANGE, INC.

                         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

           :   07 CV 9747(GBD)
           :
           :   **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                        )    ss.:
COUNTY OF NEW YORK  )

        Owen G. Wallace, being duly sworn, says:

        I am not a party to this action, am over 18 years old and reside in Bedford Hills, New York. On November 5, 2007, I served a true copy of the Summons in a Civil Action, Civil Cover Sheet, Complaint, and the individual rules and practices of Judge George B. Daniels and Magistrate Judge Debra Feeman by personally delivering same to the following at the address indicated below:

                      Leighanna Morbey
                      AFEX-Associated Foreign Exchange, Inc.
                      575 Lexington Avenue
                      New York, New York 10022

                      and

                      AFEX-Associated Foreign Exchange, Inc.
                      575 Lexington Avenue
                      New York, New York 10022

The papers were accepted by Ms. Monica Teran, the Retail Manager at the above address, who indicated that she was authorized to accept such papers.  Ms. Teran is a Caucasian female who

NY:2236208v1

appeared to be in her early to mid 40s.  She was approximately 5'3" tall and weighed about 140 pounds with long dark hair and brown eyes.

Within twenty days of the above service I sent an additional copy said documents to Ms. Morbey via first class mail in an envelop marked "personal and confidential" and not indicating on the outside thereof by return address or otherwise that the mailing was from a law firm or related to a lawsuit.

_____
Owen G. Wallace

Sworn to before me this
14th day of November, 2007

_____
Notary Public

DAVID J. CLARK
Notary Public, State of New York
No. 02CL5080066
Qualified in New York County
Commission Expires October 23, 2009