

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 1 5 2007

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**SO ORDERED**

*George B. Daniel*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TRAVELEX CANADA LIMITED,

        Plaintiff,

      - against -

LEIGHANNA MORBEY and
AFEX-ASSOCIATED FOREIGN EXCHANGE, INC.

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

07 CV 9747

**STIPULATED
TEMPORARY
RESTRAINING ORDER**

**HON. GEORGE B. DANIELS**

**NOV 1 5 2007**

Plaintiff, Travelex Canada Limited, and Defendants, Leighanna Morbey and

AFEX-Associated Foreign Exchange, Inc., by and between the undersigned counsel for the

parties, hereby stipulate and agree that pending the hearing of Plaintiff's Motion pursuant to Rule

65, Fed. R. Civ. P.:

    1. Defendant AFEX is temporarily restrained from directly or indirectly

       knowingly soliciting the business of customers of Travelex with whom

       Morbey dealt or had contact with in any capacity while an employee at

       Travelex (a "Customer"), or otherwise seeking to have those Customers

       terminate their relationship with Travelex, from doing business with any

       such Customer of Travelex, other than those with whom AFEX did

       business prior to Morbey's employment with AFEX, and from using or

       disclosing to anyone Travelex's confidential and proprietary information;

    2. Any solicitation of such Customers by Morbey shall be considered

       knowing solicitation by AFEX; and

3.  Defendant Morbey is temporarily restrained from directly or indirectly soliciting the business of customers of Travelex with whom Morbey dealt or had contact with in any capacity while an employee at or as a result of her employment with Travelex, or otherwise seeking to have those Customers terminate their relationship with Travelex, from doing business with any such Customer of Travelex, and from using or disclosing to anyone Travelex's confidential and proprietary information.

The restraints herein are being stipulated by the Parties solely in connection with, and in exchange for, Plaintiff's consent to adjourn the pending motion to ~~November 29,~~ December 5 2007 and to permit Defendants to submit opposition to the motion. Nothing contained herein shall be deemed an admission or concession by Defendants that Plaintiff is entitled to any of the relief requested or that any of the allegations, assertions or points of law cited by Plaintiff are true and accurate; or an admission or concession by Plaintiff that the relief to which it is entitled should be limited to that set forth herein. Defendants specifically reserve their right to oppose any request for relief, or any allegations, assertions or points of law cited by Plaintiff.

Dated: November 15, 2007

EPSTEIN BECKER & GREEN, P.C.

By: _____
     Steven M. Post, Esq.
     Donna Marie Werner, Esq.
     250 Park Ave.
     New York, New York 10177
     (212) 351-4500
     *Attorneys for Plaintiff*

CYRULI SHANKS HART & ZIZMOR LLP

By: _____
     Russell J. Shanks, Esq.
     Jeffrey C. Ruderman, Esq.
     420 Lexington Ave. Suite 2020
     New York, New York 10170
     (212) 661-6800
     *Attorneys for Defendants*