USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 1 5 2007

SO ORDERED

*George B. Daniels*

HON. GEORGE B. DANIELS
NOV 1 5 2007

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
TRAVELEX CANADA LIMITED,

                  Plaintiff,

- against -

LEIGHANNA MORBEY and
AFEX-ASSOCIATED FOREIGN EXCHANGE, INC.

                  Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

07 CV 9747

**STIPULATED ADJOURNMENT**

       Plaintiff, Travelex Canada Limited, and Defendants, Leighanna Morbey and AFEX-Associated Foreign Exchange, Inc., by and between the undersigned counsel for the parties, hereby stipulate and agree that, subject to the execution, filing and compliance with the Stipulated Temporary Restraining Order dated November 15, 2007 *DAM*,

1. The return date and hearing on the Plaintiff's Motion by Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction, filed November 2, 2007 ("Plaintiff's Motion") is hereby adjourned from November 15, 2007 to ~~November 29~~ December 5, 2007;

2. In connection with, and in exchange for, this adjournment, the parties have executed a Stipulated Temporary Restraining Order which restraints are stipulated without any waiver of Defendants right to fully oppose Plaintiff's motion.

3. The time for Defendants to serve and file papers in opposition to the Plaintiff's Motion is extended to November 26, 2007;

NY:2237269v1

4. Defendants' papers in opposition shall be served by hand, by facsimile or by email, no later than 5 p.m. on November 26, 2007;

5. The time for Plaintiff to serve and file a reply to Defendants' opposition papers is extended to November 28, 2007.

6. Plaintiff's papers in reply shall be served by hand, by facsimile or by email, no later than 5 p.m. on November 28, 2007

| EPSTEIN BECKER & GREEN, P.C. | CYRULI SHANKS HART & ZIZMOR LLP |
|---|---|
| By: _____ | By: _____ |
| Steven M. Post, Esq. | Russell J. Shanks, Esq. |
| Donna Marie Werner, Esq. | Jeffrey C. Ruderman, Esq. |
| 250 Park Ave. | 420 Lexington Ave. Suite 2020 |
| New York, New York 10177 | New York, New York 10170 |
| (212) 351-4500 | (212) 661-6800 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |