UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
TRAVELEX CANADA LIMITED,

                         Plaintiff,

                                                            07-cv-9747 (GBD)(DF)

   -against-

LEIGHANNA MORBEY and                             NOTICE OF APPEARANCE
AFEX-ASSOCIATED FOREIGN EXCHANGE, INC.,

                         Defendants.
----------------------------------------------------------------------x

       **PLEASE TAKE NOTICE** that Defendants, Leighanna Morbey and AFEX-Associated Foreign Exchange, Inc., hereby appear in the above entitled proceeding, and that the undersigned have been retained as Attorneys for Leighanna Morbey and AFEX-Associated Foreign Exchange, Inc., and request that all papers in this proceeding be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
       November 15, 2007

                                                   __/s/_____
                                                   Jeffrey C. Ruderman, Esq.
                                                   Attorney Bar Code: (JCR 7812)
                                                   Cyruli Shanks Hart & Zizmor, LLP.
                                                   Attorneys for Defendants
                                                   Leighanna Morbey and
                                                   AFEX-Associated Foreign Exchange, Inc.
                                                   420 Lexington Avenue-Ste 2020
                                                 New York, New York 10170
                                                 (212) 661-6800