# CYRULI SHANKS HART & ZIZMOR LLP
ATTORNEYS AT LAW

November 20, 2007

Hon. George B. Daniels, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: Travelex Canada Limited v. Leighanna Morbey et. al, Docket No. 07-cv-9747

Dear Honorable Sir:

   This firm represents defendants Leighanna Morbey and AFEX-Associated Foreign Exchange, Inc. in the above referenced action.

   On November 15, 2007 the parties appeared in this Court through counsel and presented a stipulated adjournment of the plaintiff's order to show cause and a stipulated temporary restraining order pending the new return date. As the parties expected to adjourn the matter to November 29, 2007 we provided for opposition and reply papers to be due November 26, 2007 and November 28, 2007 respectively. However, as the Court was unavailable on November 29, 2007 the matter was put over until December 5, 2007. The parties, though, did not change the briefing schedule accordingly. As such, the parties have now stipulated for defendants to serve opposition by November 29, 2007 and plaintiff to serve reply by December 4, 2007.

   Additionally, the time within which the defendants are to file their answer to the complaint will expire on November 26, 2007. Said defendants seek an extension of time until December 12, 2007 to file their answer. There have been no previous requests for an extension of time to file the answer.

   The parties have signed a Stipulation in connection with both requests to extend time, which Stipulation is enclosed.

   We respectfully request that this Court So Order the Stipulation permitting said defendants to file their papers in accordance therewith.

We thank the Court for its consideration in this regard.

                                            Respectfully,

                                            /s/
                                            Jeffrey C. Ruderman

Enc.

       cc: Donna Marie Werner, Esq., Epstein, Becker & Green