UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
TRAVELEX CANADA LIMITED,

                Plaintiff,

     - against -

LEIGHANNA MORBEY and
AFEX-ASSOCIATED FOREIGN EXCHANGE, INC.

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

07 CV 9747

**STIPULATION EXTENDING TIME TO SERVE OPPOSITION, ANSWER AND REPLY**

    Plaintiff, Travelex Canada Limited, and Defendants, Leighanna Morbey and AFEX-Associated Foreign Exchange, Inc., by and between the undersigned counsel for the parties, hereby stipulate and agree that:

    1.    In connection with the adjournment to December 5, 2007 of the hearing on the Plaintiff's Motion by Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction, filed November 2, 2007 ("Plaintiff's Motion") and the parties execution and filing on November 15, 2007 of a Stipulated Temporary Restraining Order:

        A.  The time for Defendants to serve and file papers in opposition to the Plaintiff's Motion is extended to November 29, 2007;

        B.  Defendants' papers in opposition shall be served by hand, by facsimile or by email, no later than 5 p.m. on November 29, 2007;

        C.  The time for Plaintiff to serve and file a reply to Defendants' opposition papers is extended to December 4, 2007;

        D.  Plaintiff's papers in reply shall be served by hand, by facsimile or by email, no later than 5 p.m. on December 4, 2007; and

2. That the time for Defendants, Leighanna Morbey and AFEX-Associated Foreign Exchange, Inc. to serve and file their answer to the complaint is extended through and including December 12, 2007.

SO ORDERED:

_____
HON. GEORGE B. DANIELS, U.S.D.J.


EPSTEIN BECKER & GREEN, P.C.

By: _____
Steven M. Post, Esq.
Donna Marie Werner, Esq.
250 Park Ave.
New York, New York 10177
(212) 351-4500
*Attorneys for Plaintiff*

CYRULI SHANKS HART & ZIZMOR LLP

By: _____
Russell J. Shanks, Esq.
Jeffrey C. Ruderman, Esq.
420 Lexington Ave. Suite 2020
New York, New York 10170
(212) 661-6800
*Attorneys for Defendants*