**EPSTEIN BECKER & GREEN, P.C.**

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1311
212.351.4500
FAX: 312.661.0989
EBGLAW.COM

DONNA MARIE WERNER
TEL: 212.351.3730
FAX: 212.661.0989
DWERNER@EBGLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  DEC 0 4 2007

December 3, 2007

**SO ORDERED**

*George B. Daniels*

HON. GEORGE B. DANIELS
[DEC 0 4 2007

**VIA FACSIMILE**

The Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  Travelex Canada Limited v. Leighanna Morbey et al
07 CV 9747

Dear Judge Daniels:

We represent the plaintiff in the above referenced matter. In accordance with Rule 1.E of the Court's Individual Practice Rules, we write to request an adjournment of the return date and hearing on the Plaintiff's Motion by Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction, filed November 2, 2007 ("Plaintiff's Motion") from December 5, 2007 to December 11, 2007.

The original return date of Plaintiff's Motion was November 15, 2007. The return date of the Plaintiff's Motion has been adjourned once on consent of the parties. Specifically, on November 15, 2007, the parties submitted a stipulation of adjournment which was executed by all parties and signed by the Court. Counsel for the defendants has consented to the adjournment of the return date to December 11, 2007.

Very truly yours,

*Donna Marie Werner*
Donna Marie Werner

cc:  Jeffrey C. Ruderman, Esq. – via email

ATLANTA · CHICAGO · DALLAS · HOUSTON · LOS ANGELES · MIAMI
NEWARK · NEW YORK · SAN FRANCISCO · STAMFORD · WASHINGTON, D.C.

NY:2274186v1      EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY