**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**
**DATE FILED: DEC 1 1 2007**

**SO ORDERED**

*George B. Daniels*

HON. GEORGE B. DANIELS
DEC 1 1 2007

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
TRAVELEX CANADA LIMITED,

        Plaintiff,

  - against -

LEIGHANNA MORBEY and
AFEX-ASSOCIATED FOREIGN EXCHANGE, INC.

        Defendants.
------------------------------------X

07 CV 9747

**AMENDED STIPULATED TEMPORARY RESTRAINING ORDER**

Plaintiff, Travelex Canada Limited, and Defendants, Leighanna Morbey and AFEX-Associated Foreign Exchange, Inc., by and between the undersigned counsel for the parties, hereby stipulate and agree that pending the hearing of Plaintiff's Motion pursuant to Rule 65, Fed. R. Civ. P.:

1. Defendant AFEX is temporarily restrained from directly or indirectly knowingly soliciting the business of customers of Travelex with or for whom Morbey executed a trade between August 15, 2006 and August 15, 2007 (a "Customer"), or otherwise seeking to have those Customers terminate their relationship with Travelex, from doing business with any Customer of Travelex that has previously been contacted by Morbey, other than those with whom AFEX did business prior to Morbey's employment with AFEX, and from using or disclosing to anyone Travelex's confidential and proprietary information;

2. Any solicitation of such Customers by Morbey shall be considered knowing solicitation by AFEX; and

3. Defendant Morbey is temporarily restrained from directly or indirectly soliciting the business of such Customers of Travelex, or otherwise seeking to have those Customers terminate their relationship with Travelex, from doing business with any such Customer of Travelex, and from using or disclosing to anyone Travelex's confidential and proprietary information.

4. Notwithstanding these restrictions, defendants may conduct business with the customers listed on Exhibit A.

This Amended Stipulated Restraining Order amends the Stipulated Restraining Order, So Ordered by this Court on November 15, 2007. Nothing contained herein shall be deemed an admission or concession by Defendants that Plaintiff is entitled to any of the relief requested or that any of the allegations, assertions or points of law cited by Plaintiff are true and accurate; or an admission or concession by Plaintiff that the relief to which it is entitled should be limited to that set forth herein. Defendants specifically reserve their right to oppose any such request for relief, or any allegations, assertions or points of law cited by Plaintiff.

EPSTEIN BECKER & GREEN, P.C.

By: _____
Steven M. Post, Esq.
Donna Marie Werner, Esq.
250 Park Avenue
New York, New York 10177
(212) 351-4500
*Attorneys for Plaintiff*

CYRULI SHANKS HART & ZIZMOR LLP

By: _____
Jeffrey C. Ruderman, Esq.
420 Lexington Ave.
Suite 2020
New York, New York 10170
(212) 661-68001500
*Attorneys for Defendants*

## EXHIBIT A

1. Continental Airlines divisions:  ExpressJet Airlines
   ExpressJet Holdings
   XJT Mexico

2. Atlantic Business Organization
3. Family Stations, Inc.
4. Mistral LLC
5. Slimduct, Incorporated
6. Steute Meditech, Inc.
7. Weddle Industries