# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.661.0989
EBGLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: DEC 11 2007

DONNA MARIE WERNER
TEL: 212.351.3739
FAX: 212.661.0989
DWERNER@EBGLAW.COM

December 10, 2007

**SO ORDERED**

*George B. Daniels*

HON. GEORGE B. DANIELS

DEC 11 2007

**VIA FACSIMILE**

The Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Travelex Canada Limited v. Leighanna Morbey et al
07 CV 9747

Dear Judge Daniels:

We represent the plaintiff in the above referenced matter. In accordance with Rule 1.E of the Court's Individual Practice Rules, we write to request an adjournment of the return date and hearing on the Plaintiff's Motion by Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction, filed November 2, 2007 ("Plaintiff's Motion") from December 11, 2007 to December 19, 2007.

The original return date of Plaintiff's Motion was November 15, 2007. The return date of the Plaintiff's Motion has been adjourned twice on consent of the parties. When the matter was adjourned for the first time, the parties entered into a Stipulated Temporary Restraining Order, which remains in place. A further adjournment is being requested because the parties have been negotiating a settlement and believe that the matter can be settled prior to December 19, 2007. Counsel for the defendants has consented to the adjournment of the return date to December 19, 2007.

In connection with this request for a further adjournment, the parties have agreed to modify the Stipulated Temporary Restraining Order. Enclosed is an Amended Temporary Restraining Order, which the parties respectfully request be So Ordered by the Court.

ATLANTA • CHICAGO • DALLAS • HOUSTON • LOS ANGELES • MIAMI
NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, D.C.

NY-2291033v1          EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY

The Honorable Daniels
December 10, 2007
Page 2

       The parties also request an extension of the time in which Defendants must answer the Complaint from December 12 to January 4, 2008.

Very truly yours,

*Donna Marie Werner*
Donna Marie Werner

Enclosure
cc: Jeffrey C. Ruderman, Esq. – via email

NY:2291033v1