**EPSTEIN BECKER & GREEN, P.C.**

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.661.0989
EBGLAW.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 2 0 2007
```

**SO ORDERED**

*George B. Daniel*

HON. GEORGE B. DANIELS

DEC 1 9 2007

DONNA MARIE WERNER
TEL: 212.351.3739
FAX: 212.661 0989
DWERNER@EBGLAW.COM

December 17, 2007

**VIA FACSIMILE**

The Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: Travelex Canada Limited v. Leighanna Morbey et al
> 07 CV 9747

Dear Judge Daniels:

We represent the plaintiff in the above referenced matter. In accordance with Rule 1 E of the Court's Individual Practice Rules, the parties hereby request an adjournment of the return date and hearing on the Plaintiff's Motion by Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction, filed November 2, 2007 ("Plaintiff's Motion") from December 19, 2007 to January 3, 2008.

The original return date of Plaintiff's Motion was November 15, 2007. The return date of the Plaintiff's Motion has been adjourned three times on consent of the parties. A further adjournment is being requested because the parties have been negotiating a settlement and believe that the matter can be settled prior to January 3, 2008. Counsel for the defendants has consented to the adjournment of the return date to January 3, 2008. The Amended Temporary Restraining Order, which was So Ordered by the Court on December 11, 2007 shall remain in place.

ATLANTA · CHICAGO · DALLAS · HOUSTON · LOS ANGELES · MIAMI
NEWARK · NEW YORK · SAN FRANCISCO · STAMFORD · WASHINGTON, D.C.

NY 2310402v1

EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY

The Honorable Daniels
December 17, 2007
Page 2

       The parties also request an extension of the time in which Defendants must answer the Complaint from January 4, 2008 to January 16, 2008.

Very truly yours,

Donna Marie Werner

Enclosure
cc:  Jeffrey C. Ruderman, Esq. – via email