# CYRULI SHANKS HART & ZIZMOR LLP
ATTORNEYS AT LAW

January 15, 2008

Via ECF

Hon. George B. Daniels, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: Travelex Canada Limited v. Leighanna Morbey et. al, Docket No. 07-cv-9747

Dear Honorable Sir:

    This firm represents defendants Leighanna Morbey and AFEX-Associated Foreign Exchange, Inc. in the above referenced action.

    We are pleased to inform the Court that the parties have settled this matter. Annexed hereto is a Stipulation and Order executed by the parties setting forth the terms of the settlement. We respectfully ask the Court to So Order the Stipulation.

    We thank the Court for its consideration in this regard.

                                Respectfully,

                                _/s/_____
                                Jeffrey C. Ruderman

Enc.
cc: Donna Marie Werner, Esq., Epstein, Becker & Green (Via ECF)

420 LEXINGTON AVENUE, NEW YORK, NEW YORK 10170

TEL: (212) 661-6800 • FAX: (212) 661-5350

HACKENSACK, NJ